IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARTHUR SANDOVAL,<br><br>    Plaintiff,<br><br> v.<br><br>CORRECTIONAL SGT. D. BARNEBURG,<br>et al.,<br><br>    Defendants. | No. C 12-3007 LHK (PR)<br><br>ORDER OF SERVICE;<br>DIRECTING DEFENDANT<br>COUNTESS TO FILE<br>DISPOSITIVE MOTION OR<br>NOTICE REGARDING SUCH<br>MOTION |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983, against correctional officers at Pelican Bay State Prison. On October 5, 2012, the Court found that Plaintiff stated a cognizable claim for relief, and ordered service upon Defendants Barneburg, Beeson, Buchanan, and Reyes. However, Plaintiff had also named Defendant Correctional Officer C. Countess in his complaint. Because the Court inadvertently omitted Defendant Countess in its order of service, the Court directs the Clerk to mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint and all attachments thereto (docket no. 1), and a copy of this Order to **Correctional Officer C. Countess** at the **Pelican Bay State Prison.**

The Clerk of the Court shall also mail a courtesy copy of the complaint and a copy of this Order to the California Attorney General's Office. Additionally, the Clerk shall mail a copy of this Order to Plaintiff.

1  The deadlines and instructions issued in the Court's original order of service shall also
2  apply to Defendant Countess.
3  IT IS SO ORDERED.
4  DATED: 11/6/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge