IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED ARTHUR SANDOVAL, | ) | No. C 12-3007 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME |
| v. | ) ) | |
| CORRECTIONAL SGT. D. BARNEBURG, et al., | ) ) ) | |
| Defendants. | ) ) | (Doc. No. 20.) |

Defendants Barneburg and Buchanan moved this Court for a sixty-day extension of time to file a summary judgment or other dispositive motion, **up to and including March 4, 2013.** After full consideration, and good cause appearing, Defendants' motion to change time to file a dispositive motion is **GRANTED.**

Plaintiff shall file his opposition **no later than twenty-eight days** after the date the Defendants file a dispositive motion. Defendants shall file a reply brief **no later than fourteen days** after the date the Plaintiff files an opposition to their dispositive motion. Absent further order, the motion will be deemed submitted on the date the reply is filed, without hearing.

IT IS SO ORDERED.

DATED: 1/9/13

LUCY H. KOH
United States District Judge

Order Granting Defendants' Motion to Change Time
G:\PRO-SE\SJ.LHK\CR.12\Sandoval007eot-dispo.wpd