IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED ARTHUR SANDOVAL, | ) | No. C 12-3007 LHK (PR) |
| Plaintiff, | ) ) | ORDER REISSUING SERVICE TO DEFENDANT J. M. REYES |
| v. | ) ) | |
| CORRECTIONAL SGT. D. BARNEBURG, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

On June 11, 2012, Plaintiff, a California state prisoner proceeding *in forma pauperis*, filed a civil rights action under 42 U.S.C. § 1983, against correctional officers at Pelican Bay State Prison ("PBSP"). On October 5, 2012, the Court found that Plaintiff stated a cognizable claim for relief, and ordered service upon the named Defendants. (Doc. No. 4.) The notice of lawsuit and request for waiver of service of summons sent to Defendant J. M. Reyes was returned unexecuted because he did not work for PBSP. (Doc. No. 14.) The Court directed Plaintiff to provide the Court with sufficient information to allow the Marshal to locate and serve Defendant J. M. Reyes. (Doc. No. 29.) Defendant has filed a response to the Court's order for more information. (Doc. No. 31.) The information provided indicates that Defendant J. M. Reyes works at Calipatria State Prison. (*Id.* at 3.)

//

Order Re-issuing Service to Defendant J.M. Reyes
G:\PRO-SE\SJ.LHK\CR.12\Sandoval007reyes-svc2.wpd

The Court directs the Clerk to mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint and all attachments thereto (docket no. 1), and a copy of this Order to **Correctional Officer J. M. Reyes** at **Calipatria State Prison.**

IT IS SO ORDERED.

DATED:   3/1/13

_Lucy H. Koh_
LUCY H. KOH
United States District Judge