1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   ALFRED ARTHUR SANDOVAL,          )          No. C 12-3007 LHK (PR)
                                      )
12          Plaintiff,                )          ORDER GRANTING
                                      )          PLAINTIFF'S MOTION FOR
13      v.                            )          EXTENSION OF TIME TO FILE
                                      )          OPPOSITION
14   CORRECTIONAL SGT. D. BARNEBURG,)
     et al.,                          )
15                                    )
            Defendants.               )
16   _____)          (Doc. No. 40.)

17          Plaintiff requests a thirty-day extension of time to file an opposition to Defendants'

18   motion to dismiss.  After full consideration, and good cause appearing, Plaintiff's motion for an

19   extension of time to file an opposition to Defendants' motion to dismiss is **GRANTED.**

20          Plaintiff shall file his opposition **no later than April 24, 2013.**  Defendants shall file a

21   reply brief **no later than fourteen days** after the date the Plaintiff files an opposition.  Absent

22   further order, the motion will be deemed submitted on the date the reply is filed, without hearing.

23          IT IS SO ORDERED.

24   DATED:  4/15/13

25                                               LUCY H. KOH
                                                 United States District Judge

26

27

28

Order Granting Plaintiff's Motion for Extension of Time
G:\PRO-SE\SJ.LHK\CR.12\Sandoval007eot-opp.wpd