IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED ARTHUR SANDOVAL, | ) | No. C 12-3007 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CORRECTIONAL SGT. D. BARNEBURG, et al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion to dismiss. Judgment is entered in favor of defendants and against plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/6/13

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.12\Sandoval007jud.wpd